IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEXUS 1, LLC and NEX-STOCK, LLC,<br>*Plaintiffs*, | : <br> : <br> : |
| v. | : CIVIL ACTION <br> : NO. 23-0216 |
| STEPHEN SIDWELL and NEXII<br>BUILDING SOLUTIONS INC.,<br>*Defendants*. | : <br> : <br> : |

## ORDER

**AND NOW,** this 14th day of **August, 2025**, upon consideration of Defendants' Motion to Dismiss (ECF No. 51), Plaintiffs' Response (ECF No. 53), Defendants' Reply (ECF No. 57), and the representations made by counsel at the June 30, 2025 hearing, the motion is hereby **GRANTED in part** and **DENIED in part**, specifically:

1. The motion to dismiss Counts I, III, and VI is **DENIED**.

2. The motion to dismiss Counts IV, V, and VII is **GRANTED**.

3. The motion to dismiss Count II is **GRANTED in part** and **DENIED in part**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**